IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN P. O'NEILL,

    Plaintiff,

v.                                        Case No. 18-cv-396-jdp

UNITED STATES DEPARTMENT OF
JUSTICE EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS
and BUREAU OF ALCOHOL,
TOBACCO, FIREARMS, AND
EXPLOSIVES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |